IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON TODD SKINNER, | |
| Plaintiff(s), | No. C 07-1415 CRB (PR) |
| vs. | ORDER OF TRANSFER |
| JOSEPH SCIBANA, Warden, et al., | (Doc # 2) |
| Defendant(s). | |

Plaintiff, a prisoner at the Federal Correctional Institution in El Reno, Oklahoma, has filed a pro se complaint under <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971), seeking an order enjoining officials from transferring him to the Oklahoma Department of Corrections and compelling them to transfer him to "somewhere safe."

A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable defendants named reside, in the County of Canadian, State of Oklahoma, which lies within the venue of the Western District of Oklahoma. <u>See</u> 28 U.S.C. § 116(c). Venue therefore properly lies in the United States District Court for the Western District of Oklahoma. <u>See</u> <u>id.</u> § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Western District of Oklahoma.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: March 15, 2007

CHARLES R. BREYER
United States District Judge